```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
 2                        HOUSTON DIVISION

 3
     MICHAEL PHILLIPS on        .   Civil Action
 4   Behalf of Himself and      .   No. 10-2422
     Others Similarly           .
 5   Situated,                  .
                                .
 6                              .
                                .
 7   VS.                        .
                                .
 8                              .
                                .
 9                              .   FEBRUARY 7, 2011
     ENGlobal Corporation       .   3:35 P.M.
10                                  HOUSTON, TEXAS

11               TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE LYNN N. HUGHES
12               UNITED STATES DISTRICT JUDGE

13
   APPEARANCES:
14
   FOR PLAINTIFF:
15                               MR. RICHARD J. BURCH
                                 Bruckner Burch PLLC
16                               1415 Louisiana Street
                                 Suite 2125
17                               Houston, Texas 77002

18
   FOR DEFENDANT:
19
                                 MR. WILLIAM J. WISDOM
20                               MR. JAMES CLEARY
                                 Martin Disiere, et al.
21                               808 Travis
                                 Suite 1800
22                               Houston, Texas 77002

23

24
   Proceedings recorded by mechanical stenography, transcript
25 produced by computer-aided transcription.
```

Stephanie Kay Carlisle-Neisser, CSR, RPR   713.250.5157

```
 1  APPEARANCES (Continued):

 2

 3  OFFICIAL COURT REPORTER:  MS. STEPHANIE KAY CARLISLE
                              U.S. District Court
 4                            515 Rusk, Suite 8016
                              Houston, Texas 77002
 5                            713.250.5157

 6

 7

 8

 9

10

11                            * * *

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                              P R O C E E D I N G S
                                 (February 7, 2011)
        (In chambers)
                THE COURT:  Where are we, Mr. Burch?
03:35:12PM      MR. BURCH:  We have had about 220 people join.  We
        are comparing notes to make sure that we have got everybody in
        that should be in.  We've had a guy or two who's expressed
        cold feet after they joined up.  So, we are getting that
        worked out.  They have given me about 178 of them's payroll
03:35:29PM  records so that we can start crunching the numbers.
                    One thing that we've --
                THE COURT:  How many did you say you've got?
                MR. BURCH:  About 220.
                THE COURT:  Is that large enough to do a random
03:35:39PM  sample?  To come up with a reliable number?
                MR. BURCH:  It probably is.  I think once you get
        above 50, you can start doing some stuff; and once you get
        above a hundred --
                THE COURT:  You have to have a sample of 20 out of
03:35:51PM  50.
                MR. BURCH:  Right.  But --
                THE COURT:  But, still, rather than do 220, it might
        be useful to figure out how many it would take.
                    Well, how many people fit the employment
03:36:08PM  description total?  Not who have applied to join the class.
```

```
                 1          MR. BURCH:  About 1800.
                 2          MR. WISDOM:  Yeah.
                 3          THE COURT:  About 1800.
                 4          MR. WISDOM:  Almost 2,000.
03:36:18PM       5          THE COURT:  But the random sample from the 1800 -- I
                 6  don't know.  Do you know anything about math?
                 7          MR. CLEARY:  I went to law school, Your Honor.
                 8          THE COURT:  Although I had some guy the other day
                 9  who was very quiet.  Every once in a while he would say
03:36:37PM      10  something about mechanics and the answer.  It turned out he
                11  got an engineering degree at West Point and still went to law
                12  school.  Apparently, when he signed up for the army, he didn't
                13  realize the foreigners got to shoot back.
                14          Talk about it.  But let's find out how many
03:37:06PM      15  would be -- 90 percent -- 90, 95 percent compensation for the
                16  whole 1800 because it is not how these people were paid and
                17  what they did.  It's how they were paid.  Now, these people
                18  who recover have to be aberrational.  Or it may be you just
                19  want to see what the people who want to be in the suit did.
03:37:37PM      20          MR. BURCH:  I think given the way that they've kept
                21  the data, it's not that hard for us to come up with a pretty
                22  good run on the 220 people that are in it.  That's not always
                23  true.  But for these folks, it is just getting them put into
                24  an Excel spreadsheet; and then Excel can tell us the answer, I
03:37:53PM      25  think.
```

```
                1          MR. WISDOM:  I think that's the better way to go.
                2   There are several variables.  Some of these guys simply have a
                3   cup of coffee with the company.  There's a few of those that
                4   are in.  Some of the guys work for us every day.  So, I think
03:38:03PM      5   we can actually get to -- get the math done.
                6          THE COURT:  I got a claim once that said -- somebody
                7   fill this out and mailed it in, and it said:  I'm not covered
                8   by your class; but if you are giving away money, I'm in.
                9          MR. WISDOM:  Well, hopefully, we will have a few of
03:38:24PM     10   those, too.
               11          THE COURT:  And then what do you want to do after
               12   you massage the data and find out what the profile looks like?
               13          MR. BURCH:  One thing that we would like to do on a
               14   sort of short-term basis is there's still the website up there
03:38:44PM     15   telling folks that, you know, hey come join this case if you
               16   would like to.  We would like to modify it some.  It is your
               17   website, not ours.  So, what we'd like to do is --
               18          THE COURT:  If y'all can agree on it.
               19          MR. BURCH:  Right.
03:38:59PM     20          THE COURT:  Hereinafter referred to as, quote, you
               21   know, stuff like that.
               22          MR. BURCH:  And then I think the next logical step
               23   for us is to just sit down and see if there's a number that we
               24   can -- everybody can live with.  I mean, this case is not that
03:39:15PM     25   hard, to me.
```

|   |    |   |
|---|---|---|
| | 1 | THE COURT:  A dollar number? |
| | 2 | MR. BURCH:  Correct.  I'm sorry. |
| | 3 | MR. WISDOM:  That's -- that's where we see this |
| | 4 | going, Judge. |
| 03:39:24PM | 5 | THE COURT:  Why don't you just go settle it. |
| | 6 | So, now we are just talking about what a |
| | 7 | reasonable, average, would be to compensate people.  That's a |
| | 8 | lot easier than how they were working and what they were doing |
| | 9 | and all of that stuff. |
| 03:39:42PM | 10 | MR. BURCH:  Right. |
| | 11 | MR. WISDOM:  Right.  We -- this case could have gone |
| | 12 | down another road with 42 depositions and all kinds of hemming |
| | 13 | and hawing about the duties of -- we have tried to take a |
| | 14 | pragmatic approach; and to the extent I can keep my client |
| 03:40:00PM | 15 | tracking with this philosophy, I think we can get this wrapped |
| | 16 | up. |
| | 17 | THE COURT:  Okay. And I may have said this, and |
| | 18 | forgive me if it's the second time.  But the best outcome in |
| | 19 | this suit can be that you counsel him through adopting a |
| 03:40:12PM | 20 | reliable electronic time and attendance system so that |
| | 21 | whatever -- even if he is paying them $400,000 a year and |
| | 22 | later they claim they were an hourly worker, you have got the |
| | 23 | data from when they worked and liberally say:  If you work |
| | 24 | through lunch, don't put down you were out for an hour lunch. |
| 03:40:38PM | 25 | The most common thing is:  My supervisor told |

|              |    |                                                                          |
|--------------|----|--------------------------------------------------------------------------|
|              | 1  | me to just always put down 40 hours.  That is said sometimes             |
|              | 2  | when they didn't always put down 40 hours.                               |
|              | 3  |         MR. WISDOM:  The challenge with this, endemic to the             |
|              | 4  | industry, these guys are really on their own, on the road, and           |
| 03:40:57PM   | 5  | being able to --                                                         |
|              | 6  |         THE COURT:  Unsupervised.                                        |
|              | 7  |         MR. WISDOM:  -- being able to track -- track time                |
|              | 8  | and document time with a high confidence level -- there are --           |
|              | 9  | there are ways to do it, but none of them are easy or fool               |
| 03:41:08PM   | 10 | proof.  But you've got to have that direction.                           |
|              | 11 |         THE COURT:  Are there issued company computers?                  |
|              | 12 |         MR. WISDOM:  I don't think everybody gets a company              |
|              | 13 | laptop.  I think the communication lines are a lot more ad               |
|              | 14 | hoc.                                                                     |
| 03:41:22PM   | 15 |         MR. BURCH:  They're required to have a computer, and             |
|              | 16 | they will either be provided it by the company or they'll have           |
|              | 17 | their own.  And if they have their own, the company pays them            |
|              | 18 | three bucks a day or five bucks a day for the use of their               |
|              | 19 | computer.                                                                |
| 03:41:38PM   | 20 |         THE COURT:  Okay.  Well, I am not good enough with               |
|              | 21 | the modern systems.  You can require them, if they have their            |
|              | 22 | own laptop, to log in to the company computer and log out when           |
|              | 23 | they take -- because even if you have a time clock in the shop           |
|              | 24 | and everybody is there, you can't -- all you can do is fire              |
| 03:41:58PM   | 25 | them if they don't -- if you catch them not logging in and               |

|  |  |
|---|---|
| | 1  logging out like they are supposed to. |
| | 2              Anything else we can usefully do? |
| | 3              MR. BURCH:  I think maybe set another day for us to |
| | 4  come back and see you just so that we keep things moving, but |
| 03:42:14PM | 5  beyond that -- |
| | 6              THE COURT:  How about a month so you can tell me |
| | 7  what you've come up with as a statistical test. |
| | 8              MR. BURCH:  Great. |
| | 9              THE COURT:  I will, of course, check the math.  I |
| 03:42:24PM | 10 have a book on statistics.  I know just enough about it to |
| | 11 know how to look it up. |
| | 12             MR. WISDOM:  Are those well-worn pages? |
| | 13             THE COURT:  Actually, the shame of it is it is not |
| | 14 often enough that I don't have to look it up every time; but |
| 03:42:39PM | 15 it is often enough I don't forget it entirely. |
| | 16             I actually, about '89 or so, took a course in |
| | 17 statistics.  So -- I just went off and took one.  It helps |
| | 18 because it is everywhere. |
| | 19             Yes, Bob, this is the first home game in |
| 03:43:08PM | 20 September where the third pitcher has swung more than twice |
| | 21 without -- with computers, they have got every statistic in |
| | 22 the world.  You know, the little guys keeping all the |
| | 23 statistics are no longer there; but they can call back first |
| | 24 post season, home -- none of which makes any difference. |
| 03:43:29PM | 25 Isn't the ultimate thing the score at the end?  They all start |

```
              1  out tied.  More often than not somebody wins.
              2          MR. CLEARY:  You have taken all the fun out of it,
              3  Your Honor.
              4          THE COURT:  Apparently.  Okay.
03:43:52PM    5      (Discussion held off the record.)
              6          THE COURT:  All right.  When did I say, two weeks,
              7  to report?
              8          MR. BURCH:  I think you said a month, Your Honor.
              9          MR. WISDOM:  But two weeks is fine by me.
03:45:53PM   10          THE COURT:  Well, to get the -- to tell me what your
             11  protocol is.
             12          MR. WISDOM:  Oh, sure.
             13          THE COURT:  Then I'll check.  I will give you
             14  two weeks to do it.
             15          MR. WISDOM:  Okay.
             16          MR. BURCH:  Okay.
             17          MR. WISDOM:  That's easy.
             18          THE COURT:  But I don't want you to come in here
             19  having done all the data and have it all wrong again.
             20          MR. WISDOM:  Okay.  Fair enough.
             21          THE COURT:  I had a case where there was a defective
             22  pin in a pipe; and so, the pipeline owner said, you know, they
             23  have got to replace them all.  And there were 486 pins in this
             24  pipeline across South Texas.  So, I made them come back and --
03:46:29PM   25  how many they had to dig up and test.  If they found none that
```

```
               1  was somewhat defective, the chance of any other being less

               2  than one million is only like 19 or something.  It saved a

               3  bunch of money.  To my knowledge, it hasn't blown up.

               4          MR. BURCH:  Thank you, sir.

03:46:47PM     5       (Concluded)

               6                         * * *

               7  I certify that the foregoing is a correct transcript from the
                  record of proceedings in the above-entitled cause, to the best
               8  of my ability.

               9

              10  //s_____       02/23/2011
                  Stephanie Kay Carlisle        CSR, RPR    Date
              11  Official Court Reporter
```

Stephanie Kay Carlisle-Neisser, CSR, RPR   713.250.5157