# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL PHILLIPS, on behalf of Himself and Others Similarly Situated, | ] ] ] | CASE NO. 4:10-cv-02422 |
| Plaintiffs, | ] ] | |
| v. | ] ] | |
| ENGLOBAL CORPORATION, | ] ] | JURY TRIAL DEMANDED |
| Defendant. | ] ] ] | |

## JOINT STATUS REPORT

The parties did not resolve the matter at the October 14, 2011 mediation, but continue to discuss resolution. The parties respectfully request a status conference at the Court's convenience.

Respectfully submitted,

| | |
|---|---|
| **BRUCKNER BURCH PLLC** | **MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.** |
| /s/ Rex Burch | /s/ Jack Wisdom |
| By: _____ | By: _____ |
| Richard J. (Rex) Burch | W. Jackson Wisdom |
| S.D. Tex. No. 21615 | State BarNo. 21804025 |
| Texas Bar No. 24001807 | *Attorney in Charge for ENGlobal* |
| *Attorney-In-Charge for Plaintiffs* | 808 Travis, Suite 1800 |
| 1415 Louisiana Street, Suite 2125 | Houston, Texas 77002 |
| Houston, Texas 77002 | Telephone: (713) 632-1700 |
| Telephone: (713) 877-8788 | Facsimile: (713) 222-0101 |
| Telecopier: (713) 877-8065 | |
| rburch@brucknerburch.com | |

**OF COUNSEL:**
Derrick G. Earles (La#29570)
**BRIAN CAUBARREAUX**
**& ASSOCIATES, LLC**

## CERTIFICATE OF CONFERENCE

This is a joint report.

                                        */s/ James M. Cleary, Jr.*
                                        _____
                                              James M. Cleary, Jr.

## CERTIFICATE OF SERVICE

On October 21, 2011, I served this document on all parties via the Court's ECF system.

                                        */s/ James M. Cleary, Jr.*
                                    _____
                                      James M. Cleary, Jr.