UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Michael Phillips §
§
versus §   Civil Action 4: 10-2422
§
ENGlobal Corporation §
§

## Conference Memorandum

Counsel: Rex Burch

Bill Wisdom
James Cleary

Representing: P. Michael Phillips

1) ENGlobal

Date: November 28, 2011      Reporter: Malone

Started: 10:03 a.m.      Ended: 10:10 a.m.

At the conference, these rulings were made:

Phillips may supplement his complaint by 5:00 p.m. on December 1, 2011. ENGlobal may answer by 5:00 p.m. on December 6, 2011.

☐ Order to be entered.
☐ A pretrial conference is set for: _____ on _____, 2011.
☐ A hearing is set for: _____ on _____, 2011.
☐ Trial preparation to be completed by: _____, 2011.
☐ A trial is set for: _____ on _____, 2011.
     ☐ Bench    ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 2011.
☒ Internal review deadline    January 30, 2012.

Lynn N. Hughes
United States District Judge