UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Michael Phillips, for his class, | § § § § § § § § § § | |
| Plaintiff, | | |
| versus | | Civil Action H-10-2422 |
| ENGlobal Corporation, | | |
| Defendant. | | |

## Management Order

By January 30, 2012, the parties must jointly report their status.

Signed on January 21, 2012, at Houston, Texas.

---
Lynn N. Hughes
United States District Judge