UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL PHILLIPS, on behalf of Himself and Others Similarly Situated, | ] ] ] | CASE NO. 4:10-cv-02422 |
| Plaintiffs, | ] ] | |
| v. | ] ] | |
| ENGLOBAL CORPORATION, | ] ] | JURY TRIAL DEMANDED |
| Defendant. | ] ] | |

## JOINT STATUS REPORT

1. The parties settled the overtime case;

2. The parties are working to complete limited, agreed discovery on the amount of back wages owed as a result of the alleged retaliation (if any). The parties anticipate this discovery will be complete within 30 days.

3. With the Court's permission, they will file a status report in 30 days.

Respectfully submitted,

| BRUCKNER BURCH PLLC | MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P. |
|---|---|
| /s/ Rex Burch | /s/ Jack Wisdom |
| By: _____ | By: _____ |
| Richard J. (Rex) Burch | W. Jackson Wisdom |
| Texas Bar No. 24001807 | State BarNo. 21804025 |
| *Attorney-In-Charge for Plaintiffs* | *Attorney in Charge for ENGlobal* |
| 8 Greenway Plaza, Suite 1500 | 808 Travis, Suite 1800 |
| Houston, Texas 77046 | Houston, Texas 77002 |
| Telephone: (713) 877-8788 | Telephone: (713) 632-1700 |
| Telecopier: (713) 877-8065 | Facsimile: (713) 222-0101 |

**OF COUNSEL:**
Derrick G. Earles (La#29570)
**BRIAN CAUBARREAUX
& ASSOCIATES, LLC**

## CERTIFICATE OF CONFERENCE

This is a joint report.



                                                 **Rex Burch**
                                                 _____
                                                 Richard J. (Rex) Burch

## CERTIFICATE OF SERVICE

On January 30, 2012, I served this document on all parties via the Court's ECF system.

                                               **Rex Burch**
                                               _____
                                               Richard J. (Rex) Burch