UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL PHILLIPS, et al., | ] | CASE NO. 4:10-cv-02422 |
| Plaintiffs, | ] | |
| v. | ] | |
| ENGLOBAL CORPORATION, | ] | |
| Defendant. | ] | |

## JOINT STATUS REPORT

1. The parties are finalizing damage estimates and continue to negotiate in good faith. The peripatetic nature of Plaintiffs' work (they are pipeline workers) has caused some delays, but the parties are making progress.

2. The parties request permission to update the Court in 60 days.

Respectfully submitted,

| **BRUCKNER BURCH PLLC** | **MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.** |
|---|---|
| /s/ Rex Burch | /s/ Jack Wisdom |
| By: _____ | By: _____ |
| Richard J. (Rex) Burch | W. Jackson Wisdom |
| Texas Bar No. 24001807 | State BarNo. 21804025 |
| *Attorney-In-Charge for Plaintiffs* | *Attorney in Charge for ENGlobal* |
| 8 Greenway Plaza, Suite 1500 | 808 Travis, Suite 1800 |
| Houston, Texas 77046 | Houston, Texas 77002 |
| Telephone: (713) 877-8788 | Telephone: (713) 632-1700 |
| Telecopier: (713) 877-8065 | Facsimile: (713) 222-0101 |

**OF COUNSEL:**
Derrick G. Earles (La#29570)
**BRIAN CAUBARREAUX
& ASSOCIATES, LLC**

## CERTIFICATE OF CONFERENCE

This is a joint report.

**Rex Burch**
_____
Richard J. (Rex) Burch

## CERTIFICATE OF SERVICE

On May 1, 2012, I served this document on all parties via the Court's ECF system.

**Rex Burch**
_____
Richard J. (Rex) Burch