UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL PHILLIPS, on behalf of Himself and Others Similarly Situated, ] ] Plaintiffs, ] ] v. ] ] ENGLOBAL CORPORATION, ] ] Defendant. ] _____] | CASE NO. 4:10-cv-02422 JURY TRIAL DEMANDED |

**JOINT STATUS REPORT**

1. The parties have completed the plaintiffs' depositions;

2. The parties are comparing the testimony to the available positions at ENGlobal;

3. The parties are calculating the difference, if any, between what Plaintiffs earned and what they might have earned at ENGlobal;

4. If the parties disagree, Plaintiffs will request a corporate representative deposition;

5. Once this is complete, the parties will hold a formal settlement meeting; and

6. If this is unsuccessful, they will request a trial date.

Respectfully submitted,

| | |
|---|---|
| **BRUCKNER BURCH PLLC** | **MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.** |
| **/s/ Rex Burch** By: _____ Richard J. (Rex) Burch S.D. Tex. No. 21615 Texas Bar No. 24001807 *Attorney-In-Charge for Plaintiffs* 1415 Louisiana Street, Suite 2125 Houston, Texas 77002 | **/s/ Jack Wisdom** By: _____ W. Jackson Wisdom State BarNo. 21804025 *Attorney in Charge for ENGlobal* 808 Travis, Suite 1800 Houston, Texas 77002 Telephone: (713) 632-1700 |

1

Telephone: (713) 877-8788                                          Facsimile: (713) 222-0101
Telecopier: (713) 877-8065
rburch@brucknerburch.com

**OF COUNSEL:**
Derrick G. Earles (La#29570)
**BRIAN CAUBARREAUX
& ASSOCIATES, LLC**

## CERTIFICATE OF CONFERENCE

      This is a joint report.

                                           */s/ James M. Cleary, Jr.*
                                            James M. Cleary, Jr.

## CERTIFICATE OF SERVICE

On October 30, 2012, I served this document on all parties via the Court's ECF system.

                                           */s/ James M. Cleary, Jr.*
                                           James M. Cleary, Jr.