UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Michael Phillips, | § | |
|     Plaintiff, | § § § | |
| versus | § § | Civil Action H-10-2422 |
| ENGlobal Corporation, | § § § | |
|     Defendants. | § § | |

## Order Setting Trial

1. A one-day bench trial is set for December 21, 2012, at 9:00 a.m.

2. The parties will submit these things by December 14, 2012.

   A. Proposed findings and conclusions.

   B. Witness lists, including a brief description of the person.

   C. Exhibit lists.

Signed on November 8, 2012, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge