| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Michael Phillips § § §
versus § Civil Action 4: 10-2422
§
ENGlobal Corporation §

## Conference Memorandum

Counsel:

Richard Burch, by phone

Representing:

Michael Phillips

Date: December 20, 2012

Started: 3:00 p.m.

Reporter: —

Ended: 3:03 p.m.

At the conference, these rulings were made:

---

☒ Order to be entered.
☐ A pretrial conference is set for: _____ on _____, 2012.
☐ A hearing is set for: _____ on _____, 2012.
☐ Trial preparation to be completed by: _____, 2012.
☐ A trial is set for: _____ on _____, 2012.
    ☐ Bench    ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 2012.
☐ Internal review deadline _____, 2012.

Lynn N. Hughes
United States District Judge