UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Michael Phillips, for his class, §  
                        Plaintiff, §

versus                               §           Civil Action H-10-2422

ENGlobal Corporation, §

                      Defendant. §

## Final Dismissal

1. On the parties' motion, the court approves the settlement and dismisses this case with prejudice.

2. The court retains jurisdiction to enforce the settlement.

Signed on December 24, 2012, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge